UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JASON M. HAMMOND,                          )
                                           )
              Petitioner,                  )
                                           )
v.                                         )    Nos.   3:15-CV-107-TWP-CCS-23
                                           )           316-CV-403-TWP
UNITED STATES OF AMERICA,                  )
                                           )
              Respondent.                  )

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED**

and **ADJUDGED** that Petitioner's supplemented § 2255 motion [Docs. 1104, 1115, 1219] is

**DISMISSED WITHOUT PREJUDICE** pursuant to his notice of voluntary dismissal [Doc.

1220]. The Clerk's Office is **DIRECTED** to terminate the civil case associated therewith [E.D.

Tenn. Case No. 316-CV-403-TWP]. The United States' motion to deny and dismiss with prejudice

[Doc. 1216] is **DENIED as moot**.

      **ENTER:**

                              __s/ Thomas W. Phillips_____
                              SENIOR UNITED STATES DISTRICT JUDGE